No. 170, Misc. UNITED STATES EX REL. STEVENS *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 172, Misc. LEWIS *v.* DISTRICT COURT OF LINN COUNTY, IOWA. Supreme Court of Iowa. Certiorari denied.

No. 176, Misc. BRINSON *v.* SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 177, Misc. BURD *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 178, Misc. BLEDSOE *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 179, Misc. BRINKLEY *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 182, Misc. FINK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 194, Misc. MOORE *v.* TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.

No. 185, Misc. BUTLER *v.* REID, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.